# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-20-00093-CV

---

### H. M. W., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### NO. C2018-1505A, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellant H.M.W., representing herself pro se, seeks to appeal from a termination order signed by the trial court on August 26, 2019. In her notice of restricted appeal, filed on January 28, 2020, H.M.W. states that she is the grandmother of the child who is the subject of the termination order, that she has been adversely affected by the order, and that "she has not participated in any way." *See* Tex. R. App. P. 26.1(c) (stating that deadline to file restricted appeal is six months from date judgment is signed).

On February 11, 2020, the Clerk of this Court sent notice to H.M.W. that it appears that this Court lacks jurisdiction to consider her appeal because the Court's jurisdiction is invoked when a party timely files a notice of appeal, and she was not a party to the proceedings below. *In re Lumbermens Mut. Cas. Co.*, 184 S.W.3d 718, 723 (Tex. 2006) ("Generally, only parties of record may appeal a trial court's judgment."); *see* Tex. R. App. P. 25.1, 26.1. The notice requested that H.M.W. respond in writing on or before February 21, 2020, explaining how

this Court may exercise jurisdiction over this appeal and advised her that the failure to do so would result in the dismissal of this appeal for want of jurisdiction.

To date, H.M.W. has not filed a response. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), (c).

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed for Want of Jurisdiction

Filed: February 28, 2020

2